# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRICO SIERRA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOCTOR CHAKMAKIAN,<br><br>　　　　Defendant. | CASE NO. 2:17-CV-03723-SK<br><br>**JUDGMENT** |

Pursuant to the Order Granting Defendant's Motion for Summary Judgment, **IT IS ADJUDGED** that the action is hereby dismissed.[1]

DATED: October 11, 2019

_____
HON. STEVE KIM
U.S. MAGISTRATE JUDGE

---

[1] All parties have consented under 28 U.S.C. § 636(c)(1) to proceed before the undersigned U.S. Magistrate Judge for all proceedings in this case, including entry of judgment. (ECF Nos. 13, 33, 34).